**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA TERESA HERNANDEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:21-cv-0036 JLT<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME<br><br>(Doc. 13) |

On October 13, 2021, the parties stipulated for Plaintiff to have an extension of time to file a motion for summary judgment. (Doc. 13.) Notably, this is the first request for an extension and it does not appear either party will suffer prejudice from the delay. Accordingly, the Court **ORDERS**:

1. The extension of time (Doc. 13) is **GRANTED**; and
2. Plaintiff **SHALL** file a motion for summary judgment no later than **December 8, 2021**.

IT IS SO ORDERED.

Dated:   **October 13, 2021**         _ **/s/ Jennifer L. Thurston**
                                             CHIEF UNITED STATES MAGISTRATE JUDGE