UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA TERESA HERNANDEZ,<br><br>     Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>     Defendant. | CASE NUMBER: 1:21-cv-00036-BKA<br><br>**ORDER TO SHOW CAUSE REGARDING RESPONSE BRIEF** |

    On September 13, 2021, then presiding Magistrate Judge Thurston issued an order lifting the stay, amending the scheduling order and setting a 45-45-15 day briefing timeline. Doc. 12. Plaintiff's opening brief was filed and electronically served on December 8, 2021. Doc. 15. Defendant's response brief was therefore due on January 24, 2022.  Defendant has not filed the same nor sought an extension.

    Accordingly, within 10 days of the entry of this order, Defendant is **DIRECTED** to either file the response brief or show cause why it was not filed.

IT IS SO ORDERED.

Dated:   **January 27, 2022**                           **/s/ Gary S. Austin**
                                                                            UNITED STATES MAGISTRATE JUDGE